AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

PAZ, CALEB I

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

CM/ECF Case No. 4:26-PO-00239-AGH

Case No.  GM1  E2278858

USM No.

Pro Se
<br>Defendant's Attorney

**THE DEFENDANT:** PAZ, CALEB I

☐  **THE DEFENDANT** pleaded guilty to count(s)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Revoke Registration | 04/24/2026 | 1 |

☑  Count(s)  1 _____    ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.: 5601

Defendant's Year of Birth: 2002

City and State of Defendant's Residence:
FORT BENNING, GA

07/22/2026
<br>Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
<br>Name and Title of Judge

07/22/2026
<br>Date